**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 24-14057-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KYLE JAMES DECKER,**

    Defendant.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 41]. On October 8, 2025, Magistrate Judge Mills Maynard held a Change of Plea hearing [ECF No. 36] during which Defendant pled guilty to Counts 1 and 2 of the Indictment [ECF No. 3] pursuant to a plea agreement and a stipulated factual proffer [ECF Nos. 37, 38]. Magistrate Judge Mills Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 2, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 3]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 41] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Kyle James Decker** as to Counts 1 and 2 of the Indictment is **ACCEPTED**.

CASE NO. 25-14057-CR-CANNON

3. Defendant **Kyle James Decker** is adjudicated guilty of Counts 1 and 2 of the Indictment [ECF No. 3]. Count 1 charges Defendant with Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B)(viii). Count 2 charges Defendant with Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

**ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of November 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record